Reginald Marcel Johnson
SID# 17690471
Two Rivers Correctional Inst.
82911 Beach Access Road
Umatilla, OR 97882

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| REGINALD MARCEL JOHNSON,<br><br>Plaintiff<br><br>v.<br><br>DR. GARTH GULLICK, Snake River Correctional Health Care Provider, In his Individual Capacity;<br>IDAHO NEPHROLOGY ASSOCIATES, ET, AL. In their Individual and Official Capacity; DR. WARREN ROBERTS, Oregon Department of Corrections Medical Director, In his Individual Capacity<br><br>Defendants. | Civil Action No. 2:24-cv-00941-AR<br><br>MOTION FOR LEAVE TO FILE FIRST AMENDED CIVIL RIGHTS COMPLAINT 42 U.S.C.A §§ 1983<br><br>MEDICAL MALPRACTICE<br>DELIBERATE INDIFFERENCE<br>EIGHT AMEMDMENT VIOLATION<br><br>F.R.C.P Rule 15 |

## **LOCAL RULE 7-1 CERTIFICATION**

The moving party is a prisoner not represented by counsel.

pg. 1 MOTION FOR LEAVE TO FILE FIRST AMENDED CIVIL RIGHTS COMPLAINT

## MOTION

COMES NOW, Reginald Marcel Johnson SID# 17690471, plaintiff *pro se,* who requests this court leave to file the attached First Amended Civil-Rights Complaint and claims for declaratory, compensatory nominal, and punitive damages as follows:

1. Plaintiff request to amend and add Idaho Nephrology Associates as defendant.
2. This request is made in good faith and not intended to delay the court.

## VII. VERIFICATION

Pursuant to 28 U.S.C. § 1746, I Reginald M. Johnson, declare and verify, under penalty of perjury under the laws of the United States of America, that I have read the foregoing and that it is true and correct to the best of my knowledge and belief.

Dated this 22nd, day of May 2025

*Reginald M. Johnson* (signature)
*Reginald Marcel Johnson SID# 17690471*