IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REGINALD MARCEL JOHNSON, | Case No. 2:24-cv-00941-AR |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** |
| v. | |
| DR. GARTH GULLICK, Snake River Correctional Health Care Provider, in his Individual Capacity; DR. MICHAEL ADCOX, Contract Nephrologist for Snake River Correctional, in his Individual Capacity; and DR. WARREN ROBERTS, Oregon Department of Corrections Medical Director, in his Individual Capacity, | |
| Defendants. | |

**IMMERGUT, District Judge.**

No objections to Judge Armistead's Findings and Recommendation ("F&R"), ECF 56, have been filed. For the following reasons, the Court ADOPTS the F&R.

### STANDARDS

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a

PAGE 1 – ORDER ADOPTING FINDINGS AND RECOMMENDATION

de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

## CONCLUSION

Judge Armistead's F&R, ECF 56, is adopted in full. This Court DISMISSES all claims against Defendant Adcox without prejudice and with leave to amend.

**IT IS SO ORDERED**.

DATED this 12th day of November, 2025.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge